In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK (GEORGE PARBURY POLLEN, etc., Deceased).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, Individually and as Trustee, etc., v. E. BAYARD HALSTEAD and Others, Impleaded with ANGIER B. DUKE, JR., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

HENRI M. SLIOSBERG v. NEW YORK LIFE INSURANCE COMPANY. (Action No. 1.)— Motion denied, with ten dollars costs, and defendant's time to answer extended until ten days after service of order. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

HENRI M. SLIOSBERG v. NEW YORK LIFE INSURANCE COMPANY. (Action No. 2.) — Motion denied, with ten dollars costs, and defendant's time to answer extended until ten days after service of order. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. PHILIPPINE NATIONAL BANK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

210 WEST 56TH STREET COMPANY v. SURREY INVESTORS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

PETER SERAFIN v. SARAH ADAMS BARNUM.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

EDWARD L. LARKIN v. PENNSYLVANIA RAILROAD COMPANY and Others. — Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ELIAS C. TRAVLOS v. COMMERCIAL UNION OF AMERICA, INC., and M. MORGENTHAU, JR., Co., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

GUSTAVUS W. RAYNOLDS and Others v. BROWNING, KING & Co., Impleaded with TITLE GUARANTEE AND TRUST COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ANNE NICHOLS and Another v. HURTIG & SEAMAN THEATRICAL ENTERPRISES, INC., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDWARD GROSSMAN v. LONDON GUARANTEE & ACCIDENT Co., LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES C. COLGATE and Others v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JUDSON C. FISHER, as Administrator, etc., of WALTER L. WILLIAMS, Deceased, v. EDWARD MOIR.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS ROSENBLUM v. MELVILLE A. STERN and Another, as Executors and Trustees, etc., of LOUIS STERN, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.